UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-80188-CR-RLR(s)

UNITED STATES OF AMERICA

v.

DION DE CESARE,
JOSH PEASLEY,
AUNDRE AARONS,
MARK PAOLANTONIO, and
KELLY LIZZA,

    Defendants.
_____/

## JOINT STATUS REPORT

    The United States of America, through the below listed counsel, hereby files this Joint Status Report. Undersigned counsel has consulted with all counsel of record in this case who agree that the information contained herein is accurate. In support thereof, the United States states the following:

    A.    The United States made the discovery available electronically to defendants De Cesare, Aarons, Lizza, and Paolantonio in late December 2022 either through Relativity Software or Box.com. Defendant Peasley made his initial appearance in January 2023. As such, discovery was provided to him in the same manner on or about January 27, 2023. Each defendant has confirmed receipt of the government's initial discovery production. That production consisted of thousands of audio recordings from 60 days of wiretap surveillance; thousands of pages of documentary items including, but not limited to, law enforcement reports, affidavits, applications, court orders, warrants, transcripts, photographs, and text messages; the contents of electronic storage devices; and surveillance logs.

    B.    All defense counsel has received the Government's first production of discovery referenced above and are reviewing it with their clients. The Government will produce a second batch of discovery next week that consists of copies of cell phone extractions and arrest reports.

    C.    The parties are currently not ready for trial. Due to the large volume of discovery in this case, each defendant needs additional time to review the discovery with their clients. At this stage of the proceedings, none of the defendants have yet informed the government through

their attorney that this case will go to trial. However, several of the defendants have informed the Government that no decision has yet been made about whether this matter will be a plea or trial. Certainly, the parties will contact Your Honor's Courtroom Deputy and schedule changes of plea as they become ready.

      D.      The case is currently not scheduled for trial.

      E.      A status conference is scheduled for February 22, 2023.

      F.      At this time, it is unknown whether any of the defendants will be seeking to resolve this case by guilty plea.

      G.      There is media discovery.

      H.      Transcripts have been prepared and made available to the defendants.

      I.      It is unknown if the Defendants will require expert services.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:   /s/ Mark Dispoto
       Mark Dispoto
       Assistant United States Attorney
       Court I.D. No. A5501143
       500 S. Australian Avenue, Suite 400
       West Palm Beach, FL 33401
       Tel: (561) 209-1032

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served to all parties of record by electronic filing on February 17, 2023.

/s/*Mark Dispoto*
Mark Dispoto
Assistant United States Attorney